IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARK E. LYNCH and wife,<br>CYNTHIA J. LYNCH,<br><br>    Plaintiffs<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.<br><br>    Defendant. | No. 3-04-0445<br>Judge Trauger |

## ORDER

For the reasons stated in the accompanying Memorandum, the Motion for Summary Judgment filed by defendant Nissan North America, Inc. (Docket No. 14) is **GRANTED**. Plaintiffs' claims are barred by the exclusivity provision of the Tennessee Workers' Compensation Act, Tenn. Code Ann. § 50-6-108, and this action is hereby **DISMISSED**.

It is so ordered.

Enter this 30th day of September, 2005.

_____
ALETA A. TRAUGER
United States District Judge